## UNITED STATES BANKRUPTCY COURT

In re: Zanub Raza

Docket No. 17-14818-FJB

ROMAN BEYLIN

Plaintiff

v.

ZANUB RAZA

Defendant

**ADVERSARY PROCEEDING** no.18-01040-FJB

**CERTIFICATION OF COUNSEL FOR THE PLAINTIFF
ROMAN BEYLIN PURSUANT TO THE ORDER OF
THIS HONORABLE COURT DATED MAY 15, 2018**

      The undersigned, as legal counsel to the Plaintiff, Roman Beylin, hereby certifies that the undersigned has, on May 22, 2018, in accordance with paragraph 4 of the Scheduling and Pretrial Order dated May 15, 2018, counseled the Plaintiff concerning the duty to preserve evidence and the provisions of Fed. R. Civ. Pro 37( e).

>Respectfully submitted,
>Roman Beylin
>by his attorney,
>
>/s/ Jeffrey S. Baker
>Jeffrey S. Baker
>BBO No. 544929
>Baker & Assoc..
>Two West Hill Place, Suite 100
>Boston, MA 02114
>Ph: 617-573-9505
>E-mail: bakerlaw@aol.com

May 23, 2018

## Certificate of Service

On this day, May 24, 2018, I served or caused to be served on all parties or their counsel a true and accurate copy of this document by ECF.

>/s/ Jeffrey S. Baker
>Jeffrey S. Baker