# UNITED STATES BANKRUPTCY COURT

In re: Zanub Raza

Docket No. 17-148-FJB
Chapter 7

ROMAN BEYLIN, )

    Plaintiff )

v. )

ZANUB RAZA, )

    Defendant )

Adversary Proceeding No.
18-01040-FJB

## DEBTOR'S/DEFENDANT'S EMERGENCY TO MOTION TO CONTINUE TRIAL

Now comes the undersigned attorney for Zanub Raza, the Debtor in the above-referenced Chapter 7 case and the Defendant in the above-referenced Adversary Proceeding (hereinafter the "Defendant"), and requests that this Honorable Court the trial in this matter, currently scheduled for March 24, 2020.   Defendant's undersigned attorney states as follows:

1. Defendant's attorney is suffering from an acute medical condition and has been advised by his physician not to attend any court hearings or other events, until further notice.

2. Defendant's attorney has specifically been ordered by his physician not to attend the trial scheduled to begin March 24, 2020 or to meet with people to prepare for trial.

3. In light of the COVID-19 emergency, Defendant's attorney is in a high risk group that prevents him from being in contact with other people, at least until the COVID-19 emergency subsides, even if Defendant's attorney is personally recovered before that time.

4. If the Court requires, Defendant's undersigned attorney can produce a letter signed by his physician, but the undersigned would prefer not to enter his medical information into the public record. Additional detail can also be provided by telephone, if requested by the Court.

WHEREFORE, the undersigned Attorney for the Debtor and Adversary Proceeding Defendant respectfully requests that this Court continue the pre-trial motion hearings and Trial scheduled in this matter.

Respectfully submitted,

ZANUB RAZA, Debtor and Adversary Proceeding Defendant

By her attorneys,

*/s/ Edward J. Neville, III*
Edward J. Neville, III
15 Broad Street Suite 800
Boston, Massachusetts 02109
Telephone: 617-742-1166
BBO# 369810
Ejn3esq@gmail.com

Date: March 16, 2020

## CERTIFICATE OF SERVICE

I, Edward J. Neville, III, attorney for the Debtor and Adversary Proceeding Defendant,

Zanub Raza, hereby certify that a true copy of the foregoing Debtor's/Defendant's Assented to

Motion to Continue Hearing was served on March 16, 2020, on the following:

Via the ECF System:

>   Jeffrey S. Baker, Attorney for Adversary Proceeding Plaintiff

>   Patrick Groulx, Attorney for Adversary Proceeding Plaintiff

>   Joseph G. Butler, Chapter 7 Trustee

>   James Lynch, U.S. Trustee

I served the foregoing documents via first class mail, postage prepaid, to:

>   Zanub Raza (Debtor/Adversary Proceeding Defendant)
>   One Emerson Place, # 9 - O
>   Boston, MA  02114

>>   Respectfully submitted,
>>   Zanub Raza, Debtor/Adversary Proceeding
>>   Defendant,
>>   By her attorney,


>>   /s/Edward J. Neville, III
>>   Edward J. Neville, III
>>   15 Broad Street Suite 800
>>   Boston, MA 02109
>>   617-742-1166
>>   BBO# 369810
>>   ejn3esq@gmail.com

>>   Dated:
>>   March 16, 2020