

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

*In re:*

**ZANUB RAZA,**
    Debtor

Ch. 7
17-14818-FJB

**ROMAN BEYLIN,**
    Plaintiff,

Adversary Proceeding
18-01040-FJB

*v.*

**ZANUB RAZA,**
    Defendant

**Proceeding Memorandum and Order**

**MATTER:**
#209 Motion filed by Plaintiff Roman Beylin to Reconsider ( 204 Order on Motion In Limine) with certificate of service. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Groulx, Patrick)

**Decision set forth more fully as follows:**
Telephonic Hearing held on 4/21/2020. For the reasons stated on the record and no objection having been filed, the motion is allowed.

By the Court,

*[signature]*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 4/21/2020