

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

*In re:*

**ZANUB RAZA,**
    Debtor

Ch. 7
17-14818-FJB

**ROMAN BEYLIN,**
    Plaintiff,

*v.*

**ZANUB RAZA,**
    Defendant

Adversary Proceeding
18-01040-FJB

**Order**

**MATTER:**
Evidentiary Hearing:
#92 Motion filed by Defendant Zanub Raza For Summary Judgment and Sanctions

The evidentiary hearing is rescheduled to September 16, 17 and 18, 2020, commencing at 9:30 A.M. each day.

By the Court,

*[signature]*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 4/22/2020