UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETS

| | | |
|---|---|---|
| ZANUB RAZA, | ) | Docket No. 1:17-bk-14818 |
| DEBTOR | ) | |
| ROMAN BEYLIN, | ) | |
| PLAINTIFF, | ) | |
| | ) | Docket No. 1:18-ap-01040 |
| v. | ) | Chapter 7 |
| ZANUB RAZA, | ) | |
| Defendant. | ) | |

## FIDELITY'S REQUEST TO PERMIT WITNESS SCOTT OLSEN TO PROVIDE TESTIMONY ON A MUTUALLY-AGREED UPON DATE FOLLOWING THE TRIAL

Interested third party Fidelity respectfully requests that the Court permit Fidelity employee Scott Olsen, who may be called as a witness in the above-referenced matter, to provide his testimony, via Zoom, at an agreed-upon date convenient to Mr. Olsen, the parties, and the Court following the trial dates set in this matter. In support of this request, Fidelity states:

1. Mr. Scott Olsen is a current Fidelity employee. A subpoena was issued for his trial testimony in August 2020. At that time, the applicable trial dates were set for September. Through undersigned counsel, Mr. Olsen indicated his availability for those September dates.

2. Subsequently, the trial dates for this matter were changed to November 23, 2020 – November 25, 2020. No new subpoena has issued for Mr. Olsen.

3. Nonetheless, undersigned counsel sought information about Mr. Olsen's availability for those dates, and discovered that he will not be available. Prior to this trial being set for November, Mr. Olsen put in for time off of work that week for the Thanksgiving holiday.

4. Undersigned counsel communicated Mr. Olsen's unavailability to the parties' counsel when that information was requested in late October 2020, and requested that his unavailability be communicated to this Court at the parties' pretrial hearing.

5. In light of Mr. Olsen's unavailability, Fidelity requests that the Court permit him to provide his testimony (if needed) via Zoom at a date following the trial that is acceptable to the Court, the parties, and Mr. Olsen.

6. Undersigned counsel has conferred with counsel for both Mr. Beylin and Ms. Raza. Counsel for Mr. Beylin indicated his assent to the relief requested herein. Counsel for Ms. Raza indicated that he plans to file a response to this request setting forth his position.

7. Fidelity respectfully submits that allowance of this Motion will avoid undue burden on third party witness Mr. Olsen, and will not prevent any party from accessing Mr. Olsen's testimony or otherwise prejudice either party.

Respectfully submitted,

*/s/ Victoria L. Steinberg*
Victoria L. Steinberg, BBO #666482
TODD & WELD LLP
One Federal Street
Boston, MA 02110
Telephone:	(617) 624-4714
Facsimile:	(617) 624-4814
vsteinberg@toddweld.com

*Counsel for FMR Co., Inc. and FMR LLC*

**CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on November 18, 2020.

               /s/ *Victoria L. Steinberg*
               Victoria L. Steinberg